# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:03-CR-387 |
| | ) | 5:19-CV-1841 |
| Plaintiff-Respondent, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| ERIC V. BARTOLI, | ) | **ORDER** |
| | ) | |
| Defendant-Petitioner. | ) | |

Currently pending before this Court is Defendant-Petitioner Eric Bartoli's ("Bartoli") Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (Pet'r's Mot. to Vacate, ECF No. 74.) Plaintiff-Respondent filed a Response in Partial Concession to Bartoli's Motion to Vacate. (Resp't's Resp. in Partial Concession, ECF No. 84.) Accordingly, because Respondent concedes that Bartoli must be resentenced, this Court will do the following:

(1) Bartoli's Motion to Vacate is hereby GRANTED and it is ordered that Bartoli be transferred back to this district for resentencing;

(2) Upon Bartoli's return to this district, this Court will set a Status Conference to appoint counsel;

(3) All other currently pending motions are rendered MOOT by this Order.

IT IS SO ORDERED.

DATE: February 11, 2020        /s/ John R. Adams
                                Judge John R. Adams
                                UNITED STATES DISTRICT COURT